IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAMON LOPEZ LUCIANO,

    Plaintiff,

v.                                   CIVIL NO. 98-1728 (RLA)

SPACE COAST, NATIONAL ASSET
RECOVERY, INC., et al.,

    Defendants.

## ORDER SCHEDULING SETTLEMENT CONFERENCE

Plaintiff's Motion for settlement Conference and for extension of Time in which to File a reply to Defendant's Motion to Dismiss, filed on August 31, 1999 is **GRANTED** as follows.

A SETTLEMENT CONFERENCE is hereby scheduled for **September 27, 1999 at 3:30 p.m.**

A deadline for plaintiff to respond to defendant's motion to dismiss will be set at the conference, if warranted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this ___ day of September, 1999.

                                  RAYMOND L. ACOSTA
                               United States District Judge

AO 72
(Rev 8/82)