IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 SEP 29 AM 7:40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

RAMON LOPEZ LUCIANO,

    Plaintiff,

v.                           CIVIL NO. 98-1728 (RLA)

SPACE COAST, NATIONAL ASSET
RECOVERY, INC., et al.,

    Defendants.

### MINUTES OF SETTLEMENT CONFERENCE HELD ON SEPTEMBER 27, 1999

At the Settlement Conference held on September 27, 1999 from 4:30 p.m. to 5:15 p.m. plaintiff was represented by MANUEL R. SUAREZ, ESQ. and defendants by GILBERTO FELIX BENITEZ, ESQ.

Plaintiff conceded having failed to strictly follow the procedural requirements for service by publication and offered to personally serve the defendants.

The parties discussed the merits of the claims asserted in the complaint. Only calls made directly to plaintiff after his counsel's letter to the defendants would not be time-barred.

Settlement discussion ensued. Plaintiff pointed out to the statutory damages provision for each violation. The parties agreed on a settlement amount subject to approval by the defendants.



AO 72
(Rev 8/82)

CIVIL NO. 98-1728 (RLA)            Page 2

---

Counsel for defendants shall advise the Court **on or before October 1, 1999** whether or not a settlement agreement has been reached in this case.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 28 day of September, 1999.

RAYMOND L. ACOSTA
United States District Judge

AO 72
(Rev 8/82)