IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAMON LOPEZ LUCIANO,

    Plaintiff,

v.                                                CIVIL NO. 98-1728 (RLA)

SPACE COAST, NATIONAL ASSET
RECOVERY, INC., et al.,

    Defendants.

### JUDGMENT

The Settlement Stipulation filed by the parties on November 12, 1999 (docket No. **16**) is hereby **APPROVED**.

Accordingly, it is hereby ORDERED AND ADJUDGED that the parties are bound by the terms of their Stipulation which are incorporated herein in *extenso*.

It is further ORDERED AND ADJUDGED that defendant NATIONAL ASSET RECOVERY, INC. shall pay plaintiff RAMON LOPEZ LUCIANO the sum of **one thousand dollars** ($1,000.00) in full settlement and satisfaction of all claims arising from the facts alleged in the complaint.

It is further ORDERED AND ADJUDGED that payment of the aforementioned sums shall be made by check drawn payable to the order of RAMON LOPEZ LUCIANO and his attorney MANUEL R. SUAREZ, ESQ.

AO 72
(Rev 8/82)

CIVIL NO. 98-1728 (RLA) Page 2

It is further ORDERED AND ADJUDGED that the complaint filed in this case be and the same is hereby **DISMISSED WITH PREJUDICE** each party to bear its own costs and attorney fees.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 26th day of November, 1999.

RAYMOND L. ACOSTA
United States District Judge